Filed 9/18/2015 3:34:52 PM
Billy Fox
District Clerk
Bowie County, Texas
Karen Raney, Deputy

**CAUSE NUMBER: 15C0448-102**

| | |
|---|---|
| **DONAL TURNER** | **IN THE 102ND JUDICIAL DISTRICT** |
| **VERSUS** | **OF** |
| **CHRISTUS ST. MICHAEL HEALTH SYSTEM** | **BOWIE COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/23/2015 10:57:05 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES PETITIONER**, Donal Turner, in the above cause, by and through her attorney of record, who respectfully represent the following:

1.

This is an appeal taken from a judgment rendered in the above captioned matter signed on August 28, 2015.

2.

Plaintiff feels there were insufficient facts and evidence to sustain a judgment against him, and hereby express her desire to file an appeal in this matter.

3.

Plaintiff has filed no postjudgment motions or requests for findings of fact and conclusions of law.

4.

Plaintiff was directly affected by the aforementioned judgment and now wishes to appeal this matter to the 6th Courts of Appeal.

**WHEREFORE PLAINTIFF PRAYS** that the record in this matter be prepared and forwarded to the 6th Courts of Appeal and that he be allowed to appeal this matter as prayed for herein.

Respectfully Submitted by:

THE BERNOUDY LAW FIRM

By:_____

Michael L. Bernoudy, Jr.
Texas Bar No. 24051882
2400 W. Grand Ave.
Marshall, TX 75670
Telephone: (903) 935-4223
Fax: (903) 935-4228
MLBjr@bernoudylawfirm.com
www.bernoudylawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was served on Attorney Cory M. Sutker via fax at (214) 712-9540 on this *16th* day of *September*, 2015.

_____
MICHAEL L. BERNOUDY, JR.